**MODIFY and AFFIRM; and Opinion filed April 24, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01262-CR

### DERRICK REYANRD JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F14-53159-J

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

Derrick Reyanrd Jones waived a jury, pleaded guilty to possession of heroin in an amount of four grams or more but less than 200 grams, and true to an enhancement paragraph alleging a prior felony conviction. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (d) (West 2010). The trial court assessed punishment at twenty-five years' imprisonment. In two issues, appellant contends the trial court's judgment should be modified to reflect the correct degree of the offense and to add the name of one of the attorneys who represented the State. The State agrees the judgment should be modified as appellant requests. We modify the trial court's judgment and affirm as modified.

Although appellant was subject to punishment in the first-degree felony range due to the enhancement paragraph, the offense for which he was convicted is a second-degree felony. The judgment incorrectly states the degree of the offense is a "1st degree felony." Likewise, the judgment omits Blake Reyna as one of the two attorneys who represented State during the proceedings. We sustain appellant's issues. We modify the trial court's judgment to show the degree of the offense is "2nd degree felony" and the attorney for the State was "Brandie Wade and Blake Reyna." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

141262F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DERRICK REYANRD JONES,
Appellant

No. 05-14-01262-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F14-53159-J).
Opinion delivered by Justice Schenck,
Justices Bridges and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Brandie Wade and Blake Reyna."

The section entitled "Degree of Offense" is modified to show "2nd Degree Felony."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered April 24, 2015.